235

Argued October 26, affirmed October 26, 1972
STATE OF OREGON, *Respondent, v.* GARY
LEE LEADLEY (No. C 72-01-0149 Cr), *Appellant.*
501 P2d 1305

*Robert C. Cannon,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the
brief were Gary D. Babcock, Public Defender, and J.
Marvin Kuhn, Deputy Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FORT, Judges.

AFFIRMED FROM THE BENCH.